UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Kenio Rodrigues de Oliveira</u>

      v.    Case No. 25-cv-545-PB-TSM

<u>Strafford County
Department of Corrections, Warden, et al.</u>

**ORDER**

Kenio Rodriues de Oliveira filed the instant petition for a writ of habeas corpus on December 22, 2025. <u>See</u> Doc. 1. I subsequently ordered the government to show cause why I should not grant Rodrigues de Oliveira's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a) based on his similarity to the petitioner granted such relief on procedural due process grounds in <u>Destino v. FCI Berlin</u>. Doc. 6 (citing No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Rodrigues de Oliveira would receive the same result as the petitioner in <u>Destino</u> were that case's reasoning applied here. <u>See</u> Doc. 8. While the government gestures to certain arguments related to that authority—which it remains free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has

not shown cause for Rodrigues de Oliveira's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in <u>Destino</u>, the government is hereby ordered to afford Rodrigues de Oliveira a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Rodrigues de Oliveira's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

January 9, 2026

cc: Counsel of Record